UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID ANTHONY TRISTAN,<br><br>　　　　Defendant. | 2:95-cr-00024-LDG-LRL<br><br>**ORDER** |

　　　　Based on the pending Stipulation of counsel, and good cause appearing,

　　　　IT IS THEREFORE ORDERED that the revocation hearing in this matter currently scheduled for April 21, 2011 at 9:00 a.m., be vacated and continued to Tuesday, May 31, 2011 at the hour of 9:00 a.m. in Courtroom 6B

Dated this _18_ day of April, 2011

_____
UNITED STATES DISTRICT JUDGE

3